THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services,       
Respondent,
 
 
 

v.

 
 
 
Pamela Partman, John Whitmire, Ontorio C.
Waymyers, Sr. and John Doe,
Child Ontorio C. Waymyers DOB:  2/11/98,       
Defendants,
of whom Pamela Partman is       
Appellant.
 
 
 

Appeal From Richland County
Leslie K. Riddle, Family Court Judge

Unpublished Opinion No. 2003-UP-769
Submitted October 15, 2003  Filed December 
 31, 2003

AFFIRMED

 
 
 
William H. Floyd, III, of Columbia, for Appellant. 
Charlie Blake, of Columbia, for Respondent.
Alice D. Potter, of Columbia, for Guardian Ad Litem.
 
 
 

PER CURIAM:  Pamela Partman appeals the 
 termination of her parental rights to her minor child born February 11, 1998.  
 The family court found the child had lived outside Partmans care for a period 
 exceeding six months, and during this time Partman willfully failed to visit 
 the child and willfully failed to support the child.  S.C. Code Ann. § 20-7-1572(3), 
 (4) (Supp. 2002).  The family court also found it to be in the childs best 
 interests to terminate Partmans parental rights.  
Pursuant to Ex parte Cauthen, 291 S.C. 465, 
 354 S.E.2d 381 (1987), Partmans counsel attached to the record of the family 
 court proceedings an affidavit stating his belief that the appeal lacks merit.  
 Partman did not file a pro se response to counsels affidavit.
Upon reviewing the record and the family courts determination 
 in its entirety, we find no meritorious issues warranting briefing.  Accordingly, 
 the family courts decision is 
AFFIRMED.
HUFF, STILWELL, and BEATTY, JJ., concur.